MORRIS FLOREA, Appellant, *v.* LEON C. SHULTZ and Another, Respondents.

Supreme Court, Appellate Term, First Department, June 8, 1926.

Municipal Court, City of New York — city marshal may maintain action for conversion of property in his custody by virtue of levy duly made under attachment — Municipal Court Code, §§ 45, 47 and 151, places city marshals on parity with sheriffs in actions for conversion.

Plaintiff, a marshal of the city of New York, may maintain an action for conversion of property in his custody by virtue of a levy duly made under a warrant of attachment, since, within the meaning of sections 45, 47 and 151 of the Municipal Court Code, city marshals are placed on a parity with sheriffs and given the right to maintain an action for conversion with respect to property taken as a result of a lawful levy.

APPEAL by plaintiff from a judgment of the Municipal Court of the City of New York, Borough of Manhattan, Eighth District, in favor of defendants.

*Harry Wylan,* for the appellant.

*Abraham Shabshelowitz,* for the respondents.

PER CURIAM.   Plaintiff as city marshal sued for conversion on property in his custody and possession by virtue of a levy made pursuant to a warrant of attachment.   It is well settled that a sheriff may maintain an action of conversion with respect to property in his possession as a result of a lawful levy.   (*Dickinson* v. *Oliver,* 112 App. Div. 806; *Ansonia, etc.,* v. *Babbitt,* 74 N. Y. 395.) Sections 45, 47 and 151 of the Municipal Court Code would appear to place city marshals on a parity with sheriffs in that regard. Moreover, no reason suggests itself for differentiation between a marshal and a sheriff in a situation of this character.

Judgment reversed and a new trial ordered, with thirty dollars costs to appellant to abide the event.

All concur; present, DELEHANTY, LYDON and LEVY, JJ.